91 F.3d 122
 Charles Christy
v.
Pennsylvania Turnpike Commission, an Agency of Commonwealth
of Pennsylvania, Robert Brady, James J. Dodaro, Howard
Yerusalim, Frank A. Ursomarso, James F. Malone, III, John L.
Sokol, Jr., S. Michael Palermo, Joseph L. DiRienzo, Samuel
S. Carnabuci, Melvin M. Shelton, Deborah Koval, John A.
Boschi, Vincent J. Greco, John A. Stewart, George Pilecki,
Sean Pilecki
 NO. 95-1995
 United States Court of Appeals,
Third Circuit.
 June 19, 1996
 
 Appeal From: E.D.Pa., No. 93-cv-03346,
 Joyner, J.,
 
 904 F.Supp. 427
 
 1
 APPEAL DISMISSED.